(130 So. 920)

**W. A., alias Alex, EAST v. STATE.**

**4 Div. 725.**

Court of Appeals of Alabama.
Nov. 18, 1930.

BRICKEN, P. J.

Upon an indictment which charged this appellant with the offense of violating the state prohibition laws, this defendant was tried and convicted and was duly sentenced to perform hard labor for the county.

This appeal from the judgment of conviction is predicated upon the record proper only; there being no bill of exceptions.

The record appears regular and without error. Let the judgment of conviction stand affirmed.

Affirmed.

(134 So. 919)

**Pate EASTERLING v. STATE.**

**5 Div. 836.**

Court of Appeals of Alabama.
April 21, 1931.

RICE, J.
Affirmed.

(136 So. 926)

**Claude Lee ECHOLS et al. v. J. E. LACEY et al.**

**6 Div. 87.**

Court of Appeals of Alabama.
Aug. 28, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(130 So. 920)

**Willie EDDIE v. STATE.**

**2 Div. 454.**

Court of Appeals of Alabama.
Nov. 5, 1930.

SAMFORD, J.
Affirmed.

(134 So. 919)

**Steve EDGIE v. STATE.**

**6 Div. 970.**

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Appeal dismissed.

(133 So. 922)

**Cap EDSON v. STATE.**

**3 Div. 710.**

Court of Appeals of Alabama.
Jan. 12, 1932.

G. O. Dickey, of Evergreen, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

(132 So. 913)

**May Eliza EDWARDS v. STATE.**

**7 Div. 772.**

Court of Appeals of Alabama.
Jan. 15, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 917)

**Jess ELLIOTT v. STATE.**

**6 Div. 959.**

Court of Appeals of Alabama.
Dec. 4, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.